**FILED & ENTERED**

APR 01 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

NOT FOR PUBLICATION

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:11-bk-60249-RK |
| ROBERT LEONARD KAPLAN, | Chapter 7 |
| Debtor. | Adv. No. 2:12-ap-01415-RK |
| RENEWABLE RESOURCES COALITION, INC., ARTHUR HACKNEY, and HACKNEY & HACKNEY, INC., <br><br> Plaintiffs, <br> vs. <br> ROBERT LEONARD KAPLAN, <br><br> Defendant. | ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITH PREJUDICE, DENYING DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE, AND DENYING DEFENDANT'S EX PARTE MOTION TO STRIKE WITH PREJUDICE |

The court having issued its memorandum decision on the above-captioned motions,

IT IS HEREBY ORDERED as follows:

1. Plaintiffs' Motion for Summary Judgment, ECF 43, is GRANTED.

2. Defendant's Motion for Summary Judgment, ECF 80, is DENIED WITH PREJUDICE.

3. Defendant's Motion to Dismiss, ECF 171, is DENIED WITH PREJUDICE.

4. Defendant's Ex Parte Motion to Strike, ECF 177, is DENIED WITH PREJUDICE.

IT IS SO ORDERED.

###

Date: April 1, 2016

_____
Robert Kwan
United States Bankruptcy Judge

2