FILED & ENTERED

APR 01 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

NOT FOR PUBLICATION

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT LEONARD KAPLAN,<br><br>Debtor. | Case No. 2:11-bk-60249-RK<br><br>Chapter 7<br><br>Adv. No. 2:12-ap-01415-RK |
| RENEWABLE RESOURCES COALITION, INC., ARTHUR HACKNEY, and HACKNEY & HACKNEY, INC.,<br><br>Plaintiffs,<br>vs.<br><br>ROBERT LEONARD KAPLAN,<br><br>Defendant. | JUDGMENT |

The court having issued its memorandum decision on the parties' cross-motions for summary judgment and related matters,

Judgment is hereby entered in favor of Plaintiffs and against Defendant as follows:

1. Defendant Robert Kaplan is indebted to Plaintiff Renewable Resources Coalition, Inc. in the amount of $1,628,977.00.

2. Defendant Robert Kaplan is indebted to Plaintiffs Arthur Hackney and Hackney & Hackney, Inc. in the amount of $2,815,829.51.

3. These debts are excepted from discharge pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6).

IT IS SO ORDERED.

###

Date: April 1, 2016

_____
Robert Kwan
United States Bankruptcy Judge